UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-08916 |
| In re: | ) | |
| | ) | Chapter: 13 |
| Faye T. Pantazelos, | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |
| Faye T. Pantazelos | ) | Adv. No.: 15-00314 |
| | ) | |
| Plaintiff(s) | ) | |
| J. Kevin Benjamin, Theresa Benjamin, and Benjamin Brand LLP | ) | |
| | ) | |
| Defendant(s) | ) | |

**ORDER GRANTING DEFENDANTS MOTION TO EXTEND TIME TO FILE DEFENDANTS REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION TO DISMISS THE AMENDED COMPLAINT**

THIS CAUSE coming on to be heard, and being heard, before the undersigned Judge presiding over the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, pursuant to the motion filed by the Defendant To Extend Time, due notice being served, and the court being fully advised on the premises; and

IT APPEARING to the undersigned that this court has jurisdiction over the parties and over the subject matter of this motion; and

IT FURTHER APPEARING to the undersigned that all parties in interest received notice of this motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said motion and that the time for filing any such objection has expired; and

IT FURTHER APPEARING to the undersigned that the relief requested by the Defendants in their motion is consistent with the applicable provisions of Title 11 of the United States Code and that the Defendants have established good and sufficient cause to grant said relief; and

IT IS THEREFORE SO ORDERED THAT DEFENDANTS ARE GRANTED TIME TO FILE THEIR REPLY TO PLAINTIFF'S RESPONSE UNTIL NOVEMBER 13, 2015.

Enter: /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer

Dated: November 13, 2015                                                                                  United States Bankruptcy Judge

**Prepared by:**

J. Kevin Benjamin, Esq.
Benjamin | Brand | LLP
1016 West Jackson Blvd.
Chicago, Illinois 60607-2914
Phone: (312) 853-3100
ARDC #: 6202321