United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| In re:<br>Faye T. Pantazelos<br>　　　　　　　　Debtor. | Bankruptcy No. 15-bk-8916 |
| Faye T. Pantazelos,<br>　　　　　　　　Plaintiff<br>v.<br>J. Kevin Benjamin, Theresa Benjamin,<br>and Benjamin Brand LLP,<br>　　　　　　　　Defendants. | Adversary No. 15-AP-00314<br><br>Chapter 13 |

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

This matter having come before this court on Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), **it is hereby ordered:**

1. For the reasons stated in the Memorandum Opinion, the Motion is entirely **denied**.

2. Defendants will file their Answer to the Amended Complaint on or before January 27, 2016.

3. This proceeding is set for status on February 11, 2016 at 11:00 a.m. for the purpose of setting this proceeding for trial. Presence of counsel who will try the case is requested so that trial dates may be set.

ENTER:

*[signature]*

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ___ day of January, 2016

JAN - 6 2016