AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| Faye Pantazelos | ) |
| --- | --- |
| v. | ) Case No.: 15-A-00314 |
| J. Kevin Benjamin, Theresa Benjamin & Benjamin Brand LLP | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___10/26/2016___ against ___Faye Pantazelos___,
                                                              *Date*
the Clerk is requested to tax the following as costs:

| | |
| --- | ---: |
| Fees of the Clerk .................................................. | $ 0.00 |
| Fees for service of summons and subpoena ................................ | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 231.60 |
| Fees and disbursements for printing ...................................... | 83.00 |
| Fees for witnesses *(itemize on page two)* ................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ........................ | |
| Docket fees under 28 U.S.C. 1923 ...................................... | |
| Costs as shown on Mandate of Court of Appeals .............................. | 0.00 |
| Compensation of court-appointed experts .................................. | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .... | 0.00 |
| Other costs *(please itemize)* ............................................ | 99.90 |
| **TOTAL** | **$ 414.50** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid
[ ] Other: _____

s/ Attorney:   /s/ J. Kevin Benjamin

Name of Attorney:  J. Kevin Benjamin, 1016 W. Jackson Blvd., Chicago, IL 6

For:   Defendants: J. Kevin Benjamin, & Benjamin Brand LLP          Date:   11/30/2016
           *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of  $414.50  and included in the judgment.

JEFFREY P. ALLSTEADT
~~Clerk, U.S. Bankruptcy Court~~
  *Clerk of Court*                 By: _[signature]_                  12/6/16
                                       *Deputy Clerk*                   *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| N/A | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

ITEMIZATION

1. Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . .

                              Deposition Transcripts

    a. October 13, 2016 Deposition of Faye Pantazelos     $100.00
    b. October 14, 2016 Deposition of David Lloyd (No Show)     $131.60
                                                                   *$231.60*

2. Fees and disbursements for printing . .

    **a.** **On Site Copying Costs: Pleadings**
        407 pages from court docket at .10 cents per page     $40.70

    **b.** **On Site Copying Costs: Document Production**
        Document Production sent to David Lloyd July 1, 2016
        95 pages at .10 cents per page     $ 9.50

    **c.** **On Site Copying Costs: Trial Exhibit Books**
        82 pages of exhibits for exhibit books x 4 exhibit Books     $32.80
                                                                              *$83.00*

3. Other costs (please itemize) . .

    a. Transcript from July 5, 2016 court hearing related to
       pre-trial order and dispositive motion cut off and
       amending pre-trial order.     $70.00
    b. Pacer Costs     $29.90
                                                                    **$99.90**

                                                         *TOTAL:*     *$414.50*



Begin forwarded message:

**From:** "Auto-Receipt" <noreply@mail.authorize.net>
**Subject: Transaction Receipt from THOMPSON COURT REPORTERS for $100.00 (USD)**
**Date:** November 14, 2016 at 3:39:52 PM CST
**To:**
**Reply-To:** "Ann Rattin"

Thompson Court Reporters, Inc. Nationwide Court Reporting & Videography Services

### Order Information
Description:     deposition of Faye Pantezelos 9924
Invoice Number   18240

**Billing Information**              **Shipping Information**
theresa@benjaminlaw.com

Total:  $100.00 (USD)

### Payment Information
Date/Time:           14-Nov-2016 15:39:51 CST
Transaction ID:      20235070718
Payment Method:      MasterCard xxxx3938
Transaction Type:    Purchase
Auth Code:           014474

### Merchant Contact Information
THOMPSON COURT REPORTERS
CHICAGO, IL 60607
US
ann@thompsonreporters.com
Visit us at www.thompsonreporters.com info@thompsonreporters.com 312-421-3377



Begin forwarded message:

**From:** "Auto-Receipt" <noreply@mail.authorize.net>
**Subject:** Transaction Receipt from THOMPSON COURT REPORTERS for $131.60 (USD)
**Date:** November 14, 2016 at 2:03:32 PM CST
**To:**
**Reply-To:** "Ann Rattin"

Thompson Court Reporters, Inc. Nationwide Court Reporting & Videography Services

### Order Information
Description:      Deposition of David Lloyd 9925
Invoice Number    18295

| Billing Information | Shipping Information |
|---|---|
| theresa@benjaminlaw.com | |

**Total: $131.60 (USD)**

### Payment Information
Date/Time:         14-Nov-2016 14:03:31 CST
Transaction ID:    20234678463
Payment Method:    MasterCard xxxx3938
Transaction Type:  Purchase
Auth Code:         917280

### Merchant Contact Information
THOMPSON COURT REPORTERS
CHICAGO, IL 60607
US
ann@thompsonreporters.com
Visit us at www.thompsonreporters.com info@thompsonreporters.com 312-421-3377

| Start | End | | | | |
|---|---|---|---|---|---|
| 06/25/16 | 09/23/16 | Search activity | | Advanced search | Simple  Detailed |

**Completed**    Statements

SEP 23  Jackleen Defini  Payment    −$45.00

**Paid with**
VISA
You'll see "PAYPAL *DEFINIJ" on your card statement.

**Ship to**
Andrew M. Everest
2035 W Charleston St
Suite 305
Chicago, IL 60647
United States

**Transaction ID**
3T121975B53387314

**Seller info**
Jackleen DeFini
definij@aol.com

**Your purchase**
| | |
|---|---|
| Transcript services | $45.00 |
| Shipping | $0.00 |
| Tax | $0.00 |
| Purchase total | $45.00 |
| Fee | $0.00 |
| **Total** | **$45.00** |

View Invoice details
See details on classic site

Print details

**Need help?**
If there's a problem, make sure to contact the seller through PayPal by **March 23, 2017**. You may be eligible for purchase protection.

- Report a problem
- Report this as unauthorized

---

SEP 17  Jackleen DeFini  Money Sent    −$25.00

Repeat this transaction

**Paid with**
MidAmerica
Your backup is VISA

**Ship to**
Andrew Everest
2035 W. Charleston St.
Suite 305
Chicago, IL 60647
United States

**Transaction ID**
7NP35705AF841673F

**Sent to**
Jackleen DeFini
definij@aol.com

**Note to Jackleen DeFini**
Benjamin Tran from 7/5/16

**Details**
| | |
|---|---|
| Sent to Jackleen DeFini | $25.00 |
| Fee | $0.00 |
| **Total** | **$25.00** |

See details on classic site

Print details

**Need help?**
If there's a problem, make sure to contact the seller through PayPal by **March 17, 2017**. You may be eligible for purchase protection.

- Report a problem
- Report this as unauthorized