United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| In re:<br><br>Faye T. Pantazelos,<br><br>Debtor. | Bankruptcy No. 15-bk-08916<br><br>Chapter 13 |
| Faye T. Pantazelos,<br><br>Plaintiff<br><br>v.<br><br>J. Kevin Benjamin and Benjamin Brand, LLP,<br><br>Defendants. | Adversary No. 15-ap-00314 |

**JUDGMENT FOR AVOIDANCE AND RECOVERY OF PREFERENTIAL TRANSFER (COUNT 1)**

Pursuant to Findings of Fact and Conclusions of Law made and entered concurrently herewith, it is hereby ordered, adjudged and decreed that:

A. Judgment is entered in favor of the Plaintiff on Count 1 of her adversary complaint;

B. The $14,000 transfer made to Defendant J. Kevin Benjamin is avoided as preferential pursuant to 11 U.S.C. § 547(b);

C. Defendants J. Kevin Benjamin and Benjamin Brand LLP are liable for return of the avoided transfer of $14,000 pursuant to 11 U.S.C. § 550, to be paid to the Plaintiff for the benefit of the estate in accordance with terms of the confirmed Chapter 13 plan in the underlying bankruptcy case.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ___ day of December, 2016